ATTEST: A TRUE COPY
CERTIFIED THIS
Date: May 28 2024
KEVIN P. WEIMER, Clerk
By: ML Beck
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EFRAIN GONZALEZ-SALGADO<br>AND<br>ESTELA JUDITH GONZALEZ | Criminal Information<br><br>No. 1:24-CR-151 |

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning on a date unknown, but at least by in or about March 2021, and continuing until in or about October 2022, in the Northern District of Georgia and elsewhere, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, and others, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another, to violate Title 8, United States Code, Section 1324(a)(1)(A)(iii), that is, to conceal, harbor, and shield from detection, and attempt to conceal, harbor, and shield from detection, an alien in any place, including any building or any means of transportation, knowingly and in reckless disregard of the fact that the alien has come to, entered, or remained in the United States in violation of law.

### Overt Acts

In furtherance of the conspiracy and to accomplish its objectives, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, and others, committed, and caused to be committed, at least one of the following overt acts:

1. Between approximately March 2021 and August 2021, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ employed Victim 1.

2. Between approximately June 2021 and August 2021, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ employed Victim 2.

3. Between approximately April 2021 and March 2022, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ employed Victim 3.

4. Between approximately July 2021 and January 2022, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ employed Victim 4.

5. Between approximately July 2021 and March 2022, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ employed Victim 5.

All in violation of Title 18, United States Code, Section 371.

## Forfeiture

Upon conviction of the offense alleged in this Information, the defendants, EFRAIN GONZALEZ-SALGADO and ESTELA JUDITH GONZALEZ, shall forfeit to the United States of America, pursuant to Title 8, United States Code, Section 1324(b)(1), any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds; and pursuant to Title 18, United States Code, Section 982(a)(6)(A), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense and any property, real or personal, that constitutes, or is derived from, or is traceable to, proceeds obtained directly or indirectly from the commission of the offense, or that is used to facilitate, or is intended to be used to facilitate, the

commission of the offense. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in the Information.

If, as a result of any act or omission of a defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1)

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

RYAN K. BUCHANAN
  *United States Attorney*

*Kate E. Hill*
KATE E. HILL
  *Trial Attorney*
United States Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave., NW
Washington, DC 20530
Texas Bar No. 24065423

*Annalise K. Peters*
ANNALISE K. PETERS
  *Assistant United States Attorney*
Georgia Bar No. 550845
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181