FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 10 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | Criminal Action No. |
| EFRAIN GONZALEZ-SALGADO | 1:24-CR-151 |

I, Efrain Gonzalez-Salgado, the above named defendant, who is accused of conspiracy to harbor aliens, in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on June 10, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Efrain Gonzalez-Salgado
Defendant

_____
Tom Church
Counsel for Defendant

Before _____
Judicial Officer